JOHN KELLY, Respondent, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, Impleaded with THE CITY OF NEW YORK, Defendant.    (No. 2.)

First Department, March 5, 1920.

See head note in *Kelly* v. *Board of Education, No. 1 (ante,* p. 251).

APPEAL by the defendant, The Board of Education of the City of New York, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of New York on the 29th day of April, 1919, upon the verdict of a jury, and also from an order entered in said clerk's office on the same day, denying defendant's motion for a new trial made upon the minutes.

*William A. Walling* of counsel [*John F. O'Brien* with him on the brief; *William P. Burr, Corporation Counsel*], for the appellant.

*John C. Robinson* of counsel [*Theodore H. Lord* with him on the brief], for the respondent.

PER CURIAM:

For the reasons given in the opinion in the case of *Kelly* v. *Board of Education, No. 1* (191 App. Div. 251), handed down herewith, the judgment and order appealed from are affirmed, with costs.

Present — CLARKE, P. J., LAUGHLIN, SMITH, PAGE and MERRELL, JJ.

Judgment and order affirmed, with costs.